UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21069-CV-WILLIAMS

MIRAGE YACHT, INC.,

    Plaintiff,

vs.

M/Y 7 DAY WEEKEND,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("***Report***") (DE 31) on Plaintiff's Motion for Default Final Judgment *In Rem* Against Defendant M/Y 7 Day Weekend ("***Motion***") (DE 21). In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 31.) Neither Party filed objections to the Report, and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 31) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Default Final Judgment *In Rem* (DE 21) is **GRANTED**.

The Court will separately enter an order of final judgment against Defendant.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>7th</u> day of February, 2023.

>                             _____
>                             KATHLEEN M. WILLIAMS
>                             UNITED STATES DISTRICT JUDGE